1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
3  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065-2139
4  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
5
6  Jordan Jaffe (Bar No. 254886)
   50 California Street, 22nd Floor
7  San Francisco, CA 94111
   Telephone:  (415) 875-6600
8  Facsimile:  (415) 875-6700
9
   Edward J. DeFranco (Bar No. 165596)
10 Brian P. Biddinger (Bar No. 224604)
   51 Madison Avenue, 22nd Floor
11 New York, NY 10010
   Telephone: (212) 849-7000
12 Facsimile:  (212) 849-7100
13
14 *Attorneys for Defendants and Counterclaimant*
   FUNDAMENTAL INNOVATION SYSTEMS
15 INTERNATIONAL LLC &
   FUNDAMENTAL INNOVATION SYSTEMS
16 INTERNATIONAL HOLDINGS LLC

SEAN C. CUNNINGHAM, Bar No. 174931
sean.cunningham@dlapiper.com
ERIN P. GIBSON, Bar No. 229305
erin.gibson@dlapiper.com
EDWARD SIKORSKI, Bar No. 208576
ed.sikorski@dlapiper.com
JACOB D. ANDERSON, Bar No. 265768
jacob.anderson@dlapiper.com
PETER MAGGIORE, Bar No. 292534
peter.maggiore@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

JAKE ZOLOTOREV, Bar No. 224260
jake.zolotorev@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue East
Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

Attorneys for Plaintiff APPLE INC.

17            **UNITED STATES DISTRICT COURT**
18            **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**

19 APPLE INC.,                                  CASE NO. 3:19-cv-638 (WHA)
20            Plaintiff.
21 v.                                           **STIPULATION TO EXTEND TIME
                                                TO RESPOND TO COMPLAINT**
22
23 FUNDAMENTAL INNOVATION SYSTEMS
   INTERNATIONAL LLC; and
24 FUNDAMENTAL INNOVATION SYSTEMS
   INTERNATIONAL HOLDINGS LLC,
25
            Defendants.
26
27
28

1    Pursuant to Civil Local Rule 6-1(a), Plaintiff Apple Inc. and Defendants Fundamental

2    Innovation Systems International LLC and Fundamental Innovation Systems International

3    Holdings LLC (collectively, the "Parties") hereby stipulate as follows:

4        WHEREAS, Plaintiff served Defendants with its Complaint on February 5, 2019;

5        WHEREAS, the Parties have agreed to an extension of time for Defendants to file their

6    answers or responses to the Complaint to until May 21, 2019;

7        WHEREAS, the requested time modification will not alter the date of any event or any

8    deadline already fixed by Court order.

9

10       IT IS HEREBY AGREED AND STIPULATED by and between the parties, through

11   their respective counsel, that Defendants shall have until May 21, 2019, to answer or otherwise

12   respond to Plaintiff's Complaint.

13

14   Dated:  May 13, 2019            Respectfully submitted,

                                     By:  /s/ *Edward J. DeFranco*
15                                   KEVIN P.B. JOHNSON
                                     EDWARD J. DEFRANCO
16                                   BRIAN P. BIDDINGER

17
                                     Attorneys for Defendants
18                                   FUNDAMENTAL INNOVATION SYSTEMS
                                     INTERNATIONAL LLC AND
19                                   FUNDAMENTAL INNOVATION SYSTEMS
                                     INTERNATIONAL HOLDINGS LLC
20

21   Dated:  May 13, 2019            By:  /s/ *Sean C. Cunningham*
                                     SEAN C. CUNNINGHAM
22                                   ERIN GIBSON
                                     EDWARD SIKORSKI
23                                   JAKE ZOLOTOREV
                                     ERIK FUEHRER
24                                   JACOB D. ANDERSON
                                     PETER MAGGIORE
25

26                                   Attorneys for Plaintiff APPLE INC.

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Edward J. DeFranco, attest that concurrence in the filing of this Joint Stipulation to Extend the Time for Defendants to Respond to Plaintiff's Complaint has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of May, 2019, at New York, New York.

 /s/ *Edward J. DeFranco*
Edward J. DeFranco
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Attorneys for Defendants
FUNDAMENTAL INNOVATION SYSTEMS
INTERNATIONAL LLC AND FUNDAMENTAL
INNOVATION SYSTEMS INTERNATIONAL HOLDINGS
LLC