UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 19-cv-03144-JCS<br>*Also Filed in Case No. 19-cv-00638*<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

This case was transferred from the Eastern District of Texas based on that court's determination that it "substantially overlap[s]" with the case *Apple Inc. v. Fundamental Innovation Systems International LLC*, No. 3:19-cv-00638-WHA (N.D. Cal.), assigned to the Honorable William Alsup. This case is therefore referred to Judge Alsup to determine whether it is related to case number 3:19-cv-00638-WHA. Any party may file a response in support of or opposition to finding the cases related no later than June 11, 2019. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11.

**IT IS SO ORDERED.**

Dated: June 7, 2019

JOSEPH C. SPERO
Chief Magistrate Judge