IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC, and FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL HOLDINGS LLC,<br><br>    Defendants. | No. C 19-00638 WHA<br>No. C 19-03144 WHA<br><br>**NOTICE RE CASE MANAGEMENT CONFERENCE** |

The parties shall be prepared to address the Court's tentative view on how the above-captioned actions should be managed during the initial case management conference.

Whenever a party seeks declaratory relief that it does not infringe a patent, it is seeking a declaration that there is *no* valid theory under which its products infringe. Put differently, that party seeks not only a rejection of any pet theory of the patent owner but any and all other infringement theories as well, even those that discovery would suggest to the patent owner. As such, any party seeking such broad declaratory relief should open its products at issue to full and fair discovery, subject to reasonable proportionality, to let the patent owner fairly investigate any and all infringement theories. In such circumstances involving declaratory relief, the Court is of the view that the patent owner should not have to submit infringement contentions until after full and fair discovery has taken place.

In the circumstances where, as here, there is both declaratory judgment and infringement actions, the foregoing continues to be valid, but the Court recognizes that the patent owner, as to its own pleading, should meet its obligations under *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), as well as our local rules regarding infringement contentions, at least with respect to its infringement theories. Given, however, the broad scope of relief sought in the declaratory judgment action and the need for full and fair discovery, the Court would be inclined to grant leave to amend the infringement contentions as a result of revelations found during the full and fair discovery.

No trial date will be set until all discovery has been completed.

**IT IS SO ORDERED.**

Dated: June 18, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE