1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    APPLE INC.,                                    Case No. 19-cv-00638-WHA  (TSH)

5         Plaintiff,

6         v.                                        **NOTICE OF REFERRAL FOR
                                                     DISCOVERY**
7    FUNDAMENTAL INNOVATION
     SYSTEMS INTERNATIONAL LLC, et al.,
8
          Defendants.
9

10   FUNDAMENTAL INNOVATION                         Case No. 19-cv-03144-WHA  (TSH)
     SYSTEMS INTERNATIONAL LLC, et al.,
11
          Plaintiffs,
12

13

14   APPLE, INC.,

          Defendant.
15

16        These cases have been referred to the undersigned magistrate judge for all discovery-

17   related matters.  The parties must comply with the undersigned's Discovery Standing Order,

18   which is available on the Court's website at https://cand.uscourts.gov/tsh/standing-orders.  A copy

19   is included with this notice for any pro se party.

20        The parties are advised they must meet and confer in person (or by telephone if outside the

21   Bay Area) before any dispute is considered and must address the proportionality of any disputed

22   discovery request(s) (Fed. R. Civ. P. 26(b)(1)).  Any pending discovery motions are hereby

23   **DENIED WITHOUT PREJUDICE** to the filing of a joint letter.  If the parties submitted a letter

24   to the district judge instead of a motion, the letter shall not be considered unless the parties attest

25   they met and conferred prior to filing the letter and discussed the proportionality of the disputed

26   request(s).  If there is a pending letter, the parties shall file a joint statement within three days of

27   this notice verifying that they met in person (or by telephone if outside the Bay Area) prior to

28   filing the letter, and that the letter addresses proportionality.

1        Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any

2 questions.

3      **IT IS SO ORDERED.**

4 Dated:  June 21, 2019

5

6 THOMAS S. HIXSON
  United States Magistrate Judge