1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| APPLE INC., | CASE NO.  3:19-cv-00638-WHA (TSH) |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWERS |
| v. | |
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC; and FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL HOLDINGS LLC, | Date:    September 12, 2019 |
| Defendants. | Time:    8 a.m. |
| | Place:   San Francisco Courthouse, Courtroom 12 |
| | Judge:  Hon. William H. Alsup |
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC, | CASE No. 19-cv-03144-WHA (TSH) |
| Plaintiff, | |
| v. | |
| APPLE INC. | |
| Defendant. | |

11

12

13

14

15

16

17

18

19

20

21

22

23     .

24

25

26

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\287419524.1

[PROPOSED] ORDER
CASE NOS. 3:19-CV-00638-WHA (TSH); 19-CV-03144-WHA (TSH)

Having considered the unopposed motion of Apple Inc. ("Apple") for leave to file First Amended Answers in Case Nos. 19-cv-00638-WHA (TSH) and 19-cv-03144-WHA (TSH) and finding good cause therefore, the Court hereby **GRANTS** Apple's motion for leave to file the First Amended Answers.

**IT IS SO ORDERED.**

Dated: _____August 14_____, 2019

_____
HON. WILLIAM H. ALSUP
United States District Court Judge

EAST PALO ALTO

DLA PIPER LLP (US)

WEST\287419524.1

-2-