| | | |
|---|---|---|
| 1 | SEAN C. CUNNINGHAM, Bar No. 174931<br>sean.cunningham@dlapiper.com | KEVIN P.B. JOHNSON, Bar No. 177129<br>kevinjohnson@quinnemanuel.com |
| 2 | ERIN P. GIBSON, Bar No. 229305<br>erin.gibson@dlapiper.com | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP |
| 3 | EDWARD SIKORSKI, Bar No. 208576<br>ed.sikorski@dlapiper.com | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
| 4 | JACOB D. ANDERSON, Bar No. 265768<br>jacob.anderson@dlapiper.com | Telephone: 650.801.5000<br>Facsimile: 650.801.5100 |
| 5 | PETER MAGGIORE, Bar No. 292534<br>peter.maggiore@dlapiper.com | EDWARD J. DEFRANCO, Bar No. 165596 |
| 6 | DLA PIPER LLP (US) | eddefranco@quinnemanuel.com |
| 7 | 401 B Street, Suite 1700<br>San Diego, California 92101-4297 | BRIAN P. BIDDINGER, Bar No. 224604<br>brianbiddinger@quinnemanuel.com |
| 8 | Telephone: 619.699.2700<br>Facsimile: 619.699.2701 | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP |
| 9 | JAKE ZOLOTOREV, Bar No. 224260 | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| 10 | jake.zolotorev@dlapiper.com<br>ERIK R. FUEHRER, Bar No. 252578 | Telephone: 212.849.7000<br>Facsimile: 212.849.7100 |
| 11 | erik.fuehrer@dlapiper.com<br>DLA PIPER LLP (US) | Attorneys for Defendants FUNDAMENTAL |
| 12 | 2000 University Avenue<br>East Palo Alto, CA 94303-2214 | INNOVATION SYSTEMS<br>INTERNATIONAL LLC AND |
| 13 | Telephone: 650.833.2000<br>Facsimile: 650.833.2001 | FUNDAMENTAL INNOVATION<br>SYSTEMS INTERNATIONAL HOLDINGS<br>LLC |
| 14 | Attorneys for Plaintiff APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FUNDAMENTAL INNOVATION SYSTEMS<br>INTERNATIONAL LLC; and<br>FUNDAMENTAL INNOVATION SYSTEMS<br>INTERNATIONAL HOLDINGS LLC,<br><br>    Defendants. | CASE NO. 3:19-cv-00638-WHA<br><br>~~PROPOSED~~ ORDER OF DISMISSAL |
| FUNDAMENTAL INNOVATION SYSTEMS<br>INTERNATIONAL LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>    Defendant. | CASE NO. 19-cv-03144-WHA (TSH) |

Before the Court is Apple, Inc. ("Apple"), Fundamental Innovation Systems International LLC, and Fundamental Innovation Systems International Holdings LLC's ("Fundamental") Joint Stipulation of Dismissal under Rule 41. The Court, having considered same, is of the opinion this matter should be dismissed.

IT IS THEREFORE ORDERED that all claims and counterclaims in this matter are dismissed with prejudice and each party shall bear its own costs and attorneys' fees.

Date: October 31, 2019.